**Exhibit A**

Table of Observed Infringements by Defendants of New Sensations Inc's Copyright Reg. No. PA0001788748

| Defendant | Internet Protocol Address (IP) / Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | State / District Court | Protocol / Hash |
|---|---|---|---|---|
| Doe 1 | 107.3.22.164 / 2012-04-20 00:52:11 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 2 | 107.3.60.72 / 2012-04-15 21:29:51 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 3 | 107.3.69.208 / 2012-05-02 04:33:02 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 4 | 108.20.148.74 / 2012-05-05 18:54:52 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 5 | 108.20.152.233 / 2012-05-02 05:01:39 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 6 | 108.20.152.88 / 2012-04-21 22:57:17 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 7 | 108.20.178.11 / 2012-05-02 19:39:15 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 8 | 108.20.77.19 / 2012-04-18 09:00:09 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 9 | 108.49.101.117 / 2012-04-18 00:33:53 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 10 | 108.49.179.190 / 2012-04-20 08:35:32 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 11 | 108.49.181.67 / 2012-04-30 23:13:40 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 12 | 108.49.204.172 / 2012-04-30 20:03:33 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 13 | 108.49.204.24 / 2012-04-14 10:12:09 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 14 | 108.49.205.146 / 2012-04-28 22:49:17 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 15 | 108.49.229.198 / 2012-04-15 05:13:37 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 16 | 108.49.254.254 / 2012-04-16 16:35:03 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 17 | 108.49.44.140 / 2012-04-21 17:07:13 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 18 | 108.7.202.179 / 2012-04-15 04:24:07 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 19 | 108.7.234.7 / 2012-04-15 22:12:23 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 20 | 108.7.50.247 / 2012-04-22 04:22:32 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 21 | 108.7.59.145 / 2012-04-15 13:14:51 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 22 | 108.7.77.112 / 2012-04-21 00:08:35 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 23 | 173.48.116.193 / 2012-04-18 20:40:49 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 24 | 173.48.120.228 / 2012-05-02 00:00:00 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 25 | 173.48.181.211 / 2012-04-18 10:22:40 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 26 | 173.48.204.250 / 2012-04-13 03:21:00 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 27 | 173.48.213.222 / 2012-04-28 22:56:34 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 28 | 173.48.22.216 / 2012-04-30 03:14:37 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 29 | 173.48.224.82 / 2012-05-05 10:51:56 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 30 | 173.48.246.90 / 2012-04-17 08:33:26 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 31 | 173.48.66.117 / 2012-05-06 08:38:13 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 33 | 173.76.87.192 / 2012-04-27 14:44:08 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 34 | 174.62.206.140 / 2012-04-27 00:31:38 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 35 | 174.62.253.191 / 2012-04-16 08:57:49 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 36 | 174.63.108.155 / 2012-04-29 14:56:24 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 37 | 174.63.82.168 / 2012-04-27 14:56:43 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 38 | 24.128.171.200 / 2012-04-18 09:23:43 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 39 | 24.128.198.3 / 2012-04-19 08:52:55 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 40 | 24.128.216.76 / 2012-04-06 22:47:11 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 41 | 24.128.45.255 / 2012-05-06 11:05:50 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 42 | 24.128.93.37 / 2012-04-06 22:57:45 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 43 | 24.128.95.208 / 2012-04-29 08:47:30 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 44 | 24.147.248.163 / 2012-04-25 19:24:51 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 45 | 24.147.49.237 / 2012-04-13 04:30:18 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 46 | 24.177.34.164 / 2012-04-25 08:23:52 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 47 | 24.177.58.43 / 2012-05-03 04:24:35 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 48 | 24.218.110.141 / 2012-04-17 06:30:25 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 49 | 24.218.12.152 / 2012-04-29 11:07:35 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 50 | 24.218.207.163 / 2012-04-25 19:22:49 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 51 | 24.218.52.186 / 2012-04-22 15:39:06 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 52 | 24.218.57.103 / 2012-04-16 19:44:28 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 53 | 24.25.138.38 / 2012-04-15 03:53:28 -0400 | Road Runner | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 54 | 24.34.16.192 / 2012-04-06 22:51:39 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 55 | 24.34.18.125 / 2012-05-05 04:35:53 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 56 | 24.34.183.119 / 2012-05-03 05:02:13 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 57 | 24.34.211.56 / 2012-04-30 09:54:44 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 58 | 24.34.3.116 / 2012-04-24 10:50:41 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 59 | 24.34.92.139 / 2012-04-22 10:30:16 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 60 | 24.34.99.88 / 2012-05-03 11:20:03 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 61 | 24.60.178.126 / 2012-05-02 02:25:27 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 62 | 24.60.183.246 / 2012-05-05 08:17:41 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 63 | 24.60.193.191 / 2012-05-02 00:59:56 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 64 | 24.60.206.80 / 2012-04-16 21:06:55 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 65 | 24.61.113.119 / 2012-05-06 17:13:03 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 66 | 24.61.203.248 / 2012-04-22 01:53:12 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 67 | 24.61.236.210 / 2012-04-28 00:59:31 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 68 | 24.61.48.176 / 2012-04-28 17:22:45 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 69 | 24.61.98.166 / 2012-05-06 22:21:04 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 70 | 24.62.117.2 / 2012-05-03 21:12:59 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 71 | 24.62.141.223 / 2012-05-04 10:13:21 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 72 | 24.62.40.193 / 2012-04-17 12:40:33 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 73 | 24.62.52.237 / 2012-05-01 13:14:14 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 74 | 24.62.95.126 / 2012-04-16 20:51:22 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 75 | 24.63.138.15 / 2012-05-02 03:44:28 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 76 | 24.63.185.190 / 2012-04-27 05:17:22 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 77 | 24.63.29.97 / 2012-04-17 01:33:43 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 78 | 24.63.40.146 / 2012-05-03 20:08:41 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 79 | 24.63.94.48 / 2012-04-12 03:53:00 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 80 | 24.91.138.79 / 2012-04-28 18:25:41 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 81 | 24.91.170.243 / 2012-04-28 22:56:58 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 82 | 24.91.179.77 / 2012-04-25 14:09:26 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 83 | 24.91.35.139 / 2012-04-14 07:14:07 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 84 | 50.133.180.182 / 2012-05-03 10:04:53 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 85 | 50.133.233.171 / 2012-05-06 08:27:53 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 86 | 50.136.125.176 / 2012-04-21 14:55:00 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 87 | 50.138.138.255 / 2012-04-30 02:20:55 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 88 | 50.138.226.146 / 2012-05-05 16:09:00 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 89 | 65.96.124.8 / 2012-04-17 21:08:49 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 90 | 65.96.145.60 / 2012-04-23 19:33:53 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 91 | 65.96.171.81 / 2012-05-02 03:16:13 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 92 | 65.96.209.74 / 2012-05-01 05:18:58 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 93 | 65.96.218.184 / 2012-04-23 00:59:36 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 94 | 65.96.88.162 / 2012-04-17 19:29:02 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 95 | 66.189.105.255 / 2012-04-16 10:40:37 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 96 | 66.189.15.201 / 2012-05-03 05:19:56 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 97 | 66.189.74.33 / 2012-04-17 03:25:38 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 98 | 66.189.8.97 / 2012-05-04 04:14:30 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 99 | 66.30.78.50 / 2012-04-29 22:55:18 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 100 | 66.31.136.135 / 2012-04-24 15:24:32 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 101 | 66.31.3.28 / 2012-05-01 13:38:56 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 102 | 66.31.35.245 / 2012-05-03 23:04:54 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 103 | 67.186.134.155 / 2012-04-14 14:36:15 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 104 | 67.186.190.213 / 2012-04-27 09:32:34 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 105 | 68.116.198.47 / 2012-05-05 14:11:41 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 106 | 68.184.39.68 / 2012-04-29 16:19:44 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 107 | 71.162.117.128 /<br>2012-04-20 02:00:18 -0400 | Verizon Internet Services | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| --- | --- | --- | --- | --- |
| Doe 108 | 71.174.233.144 /<br>2012-04-15 13:34:17 -0400 | Verizon Internet Services | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 109 | 71.184.112.150 /<br>2012-05-03 01:45:20 -0400 | Verizon Internet Services | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 110 | 71.184.117.59 /<br>2012-05-04 19:37:09 -0400 | Verizon Internet Services | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 111 | 71.184.236.218 /<br>2012-05-01 21:24:39 -0400 | Verizon Internet Services | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 112 | 71.192.159.188 /<br>2012-04-17 12:18:02 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 113 | 71.192.175.229 /<br>2012-04-13 06:19:43 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 114 | 71.192.197.158 /<br>2012-04-28 14:07:50 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 115 | 71.192.31.58 /<br>2012-05-04 13:53:11 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 116 | 71.192.50.220 /<br>2012-04-18 19:50:16 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 117 | 71.192.68.41 /<br>2012-04-15 08:12:50 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 118 | 71.192.74.16 /<br>2012-04-22 10:01:07 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 119 | 71.192.91.178 /<br>2012-04-30 09:25:06 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 120 | 71.232.119.210 /<br>2012-04-25 14:42:56 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 121 | 71.232.126.151 /<br>2012-04-15 05:16:00 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 122 | 71.232.158.180 /<br>2012-04-22 02:36:33 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 123 | 71.232.176.32 /<br>2012-05-05 10:01:27 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 124 | 71.232.194.20 /<br>2012-05-03 17:24:13 -0400 | Comcast Cable | Massachusetts /<br>District of Massachusetts | BitTorrent /<br>8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 125 | 71.232.194.249 / 2012-04-22 05:02:14 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 126 | 71.232.196.177 / 2012-04-27 16:12:42 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 127 | 71.232.21.98 / 2012-05-01 18:49:08 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 128 | 71.232.231.155 / 2012-04-17 20:02:06 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 129 | 71.232.29.135 / 2012-04-26 00:19:24 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 130 | 71.233.160.141 / 2012-04-27 05:05:24 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 131 | 71.233.194.183 / 2012-04-14 21:30:38 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 132 | 71.234.184.177 / 2012-04-19 07:44:18 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 133 | 71.234.97.150 / 2012-04-14 15:58:40 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 134 | 71.235.162.86 / 2012-04-20 02:13:13 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 135 | 71.235.247.215 / 2012-04-25 00:55:12 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 136 | 71.248.165.155 / 2012-04-23 19:22:37 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 137 | 72.70.241.134 / 2012-04-13 03:24:57 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 138 | 72.70.38.186 / 2012-04-18 04:40:50 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 139 | 72.93.110.247 / 2012-04-23 20:54:33 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 140 | 72.93.118.228 / 2012-04-29 09:16:51 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 141 | 72.93.206.63 / 2012-05-04 23:08:01 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 142 | 72.93.207.18 / 2012-05-02 03:59:51 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 143 | 72.93.251.180 / 2012-04-17 15:22:25 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 144 | 74.104.123.192 / 2012-04-12 16:02:38 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 145 | 74.104.151.121 / 2012-04-24 21:26:15 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 146 | 74.70.140.118 / 2012-04-21 02:11:54 -0400 | Road Runner | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 147 | 74.76.21.34 / 2012-04-21 00:31:58 -0400 | Road Runner | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 148 | 74.76.213.232 / 2012-05-01 16:22:01 -0400 | Road Runner | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 149 | 74.78.6.71 / 2012-04-16 10:40:36 -0400 | Road Runner | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 150 | 75.130.105.207 / 2012-04-20 08:22:00 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 151 | 75.67.1.30 / 2012-05-04 19:24:41 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 152 | 75.67.144.225 / 2012-04-30 21:02:43 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 153 | 75.67.184.20 / 2012-05-04 08:39:46 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 154 | 75.67.197.249 / 2012-05-04 03:34:40 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 155 | 75.67.67.152 / 2012-04-15 09:49:40 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 156 | 75.68.177.222 / 2012-04-19 22:47:54 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 157 | 75.68.224.196 / 2012-04-14 16:40:38 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 158 | 75.69.232.212 / 2012-04-29 12:40:31 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 159 | 75.69.42.32 / 2012-05-03 17:24:13 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 160 | 76.118.134.217 / 2012-04-15 16:13:43 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 161 | 76.118.178.219 / 2012-04-30 21:11:31 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 162 | 76.118.197.199 / 2012-04-25 22:28:33 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 163 | 76.118.218.88 / 2012-04-23 19:10:40 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 164 | 76.118.232.126 / 2012-04-18 15:19:44 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 165 | 76.118.49.140 / 2012-04-25 09:13:00 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 166 | 76.119.18.136 / 2012-04-26 11:15:50 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 167 | 76.119.233.107 / 2012-05-03 08:57:29 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 168 | 76.119.253.61 / 2012-04-19 04:40:52 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 169 | 76.119.35.213 / 2012-04-13 19:59:23 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 170 | 76.127.128.171 / 2012-04-12 16:11:48 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 171 | 76.127.174.2 / 2012-04-22 16:30:24 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 172 | 76.127.233.53 / 2012-04-12 08:14:27 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 173 | 76.19.123.206 / 2012-04-27 08:34:46 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 174 | 76.19.134.64 / 2012-04-18 22:40:47 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 175 | 76.24.103.240 / 2012-05-01 05:03:44 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 176 | 76.24.144.249 / 2012-04-28 23:04:20 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 177 | 76.24.166.172 / 2012-05-01 19:27:20 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 178 | 76.24.190.231 / 2012-04-23 19:18:11 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 179 | 76.24.77.138 / 2012-04-30 05:15:58 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
|---|---|---|---|---|
| Doe 180 | 96.233.46.221 / 2012-04-24 23:07:10 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 181 | 96.237.173.126 / 2012-05-06 00:48:12 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 182 | 96.237.247.48 / 2012-04-21 20:24:06 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 183 | 96.237.249.148 / 2012-04-27 17:16:32 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 184 | 96.237.251.25 / 2012-04-28 01:13:06 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 185 | 96.237.60.95 / 2012-04-23 09:07:24 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 186 | 96.252.62.4 / 2012-04-25 03:40:11 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 187 | 96.252.91.108 / 2012-04-23 20:32:18 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 188 | 98.110.187.235 / 2012-05-03 01:02:22 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 189 | 98.110.200.2 / 2012-05-03 23:58:03 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 190 | 98.110.232.151 / 2012-04-15 22:58:22 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 191 | 98.118.100.32 / 2012-04-20 21:53:02 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 192 | 98.118.115.153 / 2012-04-28 11:22:09 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 193 | 98.216.102.244 / 2012-04-20 08:08:29 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 194 | 98.216.15.231 / 2012-05-01 23:55:43 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 195 | 98.216.165.158 / 2012-04-14 15:41:57 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 196 | 98.217.126.36 / 2012-05-04 00:48:10 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |

| Doe 197 | 98.217.242.72 / 2012-04-17 21:18:57 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| --- | --- | --- | --- | --- |
| Doe 198 | 98.217.60.3 / 2012-04-30 03:18:01 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 199 | 98.229.112.98 / 2012-05-04 21:26:53 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 200 | 98.229.252.36 / 2012-04-13 04:07:19 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |
| Doe 201 | 98.229.36.197 / 2012-04-13 02:32:15 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 8fcdcbf2610188bceed58168c7be27add042b427 |